**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CLARENCE HAYES** | ] | |
|     **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **No. 3:14-0836** |
| | ] | **Judge Campbell** |
| **BRUCE WESTBROOKS, Warden** | ] | |
|     **Respondent.** | ] | |

# O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's § 2254 habeas corpus petition (Docket Entry Nos. 1 and 5). Consequently, said petition is DENIED and the instant action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the petitioner has failed to make a substantial showing of a constitutional violation.

It is so ORDERED.

_Todd Campbell_
Todd Campbell
United States District Judge